```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 43812
    DEBRA ANN GUERRA
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-3417


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/04/05 and confirmed on 12/16/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  31979.64 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NPS | SECURED VEHIC | 7400.00 | 456.10 | 7400.00 |
| CITIFINANCIAL | SECURED | 200.00 | 9.44 | 200.00 |
| BP AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1405.17 | .00 | 1405.17 |
| CAPITAL ONE BANK | UNSECURED | 1487.27 | .00 | 1487.27 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 215.01 | .00 | 215.01 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1407.39 | .00 | 1407.39 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7767.51 | .00 | 7767.51 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 224.05 | .00 | 224.05 |
| NPS | UNSECURED | 4562.13 | .00 | 4562.13 |
| BROTHER LOAN & FINANCE | UNSECURED | 573.97 | .00 | 573.97 |
| AAA CHECKMATE | UNSECURED | 631.85 | .00 | 631.85 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASSET ACCEPTANCE CORP | UNSECURED | 1127.06 | .00 | 1127.06 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7600.00 | .00 | 19401.41 | .00 | 27001.41 |
| PRINCIPAL PAID | 7600.00 | .00 | 19401.41 | .00 | 27001.41 |

```
INTEREST PAID            465.54          .00         .00          .00      465.54
TOTAL PAID              8065.54          .00    19401.41          .00    27466.95
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   1290.48 .

Refunds to the Debtor totaled $     522.21 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                                PAGE   2
          CASE NO. 05 B 43812 DEBRA ANN GUERRA